UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**ROSALYN KAY WISELEY**,<br><br>Debtor. | Case No. **9:23-bk-90149-BPH** |
| **ROSALYN KAY WISELEY**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES. DEPARTMENT OF EDUCATION; AND MAXIMUS EDUCATION, LLC, D/B/A AIDVANTAGE**,<br><br>Defendants. | Adv. No. **9:24-ap-09001-BPH** |

## ORDER

In this adversary proceeding, the parties filed a "Stipulation to Settle and Dismiss Adversary Proceeding and Motion for Approval" on December 31, 2024, at ECF No. 25 ("Stipulation"). The Stipulation reflects a voluntary negotiated settlement of the parties' claims and seeks dismissal of the adversary proceeding with prejudice. Upon review,

IT IS ORDERED that the Stipulation is approved and the parties are ordered to perform its terms.

IT IS FURTHER ORDERED that this adversary proceeding is dismissed with prejudice with each party to bear its own fees and costs.

Dated December 31, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana